EILEEN M. DECKER                                   JS 6
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JASON K. AXE
Assistant United States Attorney
California Bar Number 187101
     Federal Building, Suite 7516
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone: (213) 894-8827
     Facsimile: (213) 894-7819
     E-mail: Jason.Axe@usdoj.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| LORENZO BOOKER, CURTIS RICHARDSON, AND LACEE GREEN, | No. CV 14-02007 DSF (RZx) |
| Plaintiff, | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

/ / /

/ / /

IT IS SO ORDERED that pursuant to the separately filed Stipulation for Compromise Settlement, this action is hereby dismissed with prejudice. Each party to bear its own costs and fees. The Court will retain jurisdiction over this action for 60 days from the date of the filing of this Order for the sole purpose of enforcing the settlement agreement.

DATED: _10/26/15_____

UNITED STATES DISTRICT JUDGE

PRESENTED BY:


EILEEN M. DECKER
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

/s/ *Jason K. Axe*
JASON K. AXE
Assistant United States Attorney
Attorneys for Defendant